United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARANTZA M. CHAPA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-887 |
| | § | |
| TATER ORTIZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Arantza M. Chapa is currently detained by United States immigration authorities at the El Valle Detention Cetner in Willacy County, Texas. (Pet., Doc. 1) Petitioner alleges she holds legal permanent resident status. In a Verified Motion, Petitioner requests her immediate release, arguing that Respondents possess no legal basis to detain her. (Mot. for TRO, Doc. 3)

To facilitate the Court's expedited consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than August 21, 2026, Respondents shall file a Response to the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3); and

**ORDERED** that the parties shall attend a hearing on Petitioner Arantza M. Chapa's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) on August 24, 2026, at 1:30 p.m. by videoconference.

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on August 17, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge