United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARANTZA M. CHAPA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-887 |
| | § | |
| TATER ORTIZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Petitioner Arantza M. Chapa's motion. (Motion to Withdraw, Doc. 9) Petitioner states that, in light of intervening events, he seeks to withdraw his motion for injunctive relief. She also asks that the Court cancel the hearing currently scheduled for August 24, 2026. Respondents do not oppose the Motion. The Court finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Petitioner Arantza M. Chapa's Motion to Withdraw Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 9) is **GRANTED**;

**ORDERED** that Petitioner Arantza M. Chapa's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) is **DENIED AS MOOT**; and

**ORDERED** that the hearing in this matter scheduled for August 24, 2026 is canceled.

As a result, it is unnecessary for Respondents to file any response to Petitioner's Motion for Temporary Restraining Order (Doc. 3).

Signed on August 20, 2026.

Fernando Rodriguez, Jr.
United States District Judge