United States District Court
Southern District of Texas
**ENTERED**
November 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARANTZA M. CHAPA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-887 |
| | § | |
| TATER ORTIZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Arantza M. Chapa filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Petitioner alleges that "she ha[s] been a lawful permanent resident of the United states since [she] was six years old[,]" (Pet., Doc. 1; *see also* Chapa Aff., Doc. 1–1), and that her status renders her current detention unlawful.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than November 19, 2026, Respondents shall file an answer, motion, or responsive pleading to Petitioner Arantza M. Chapa's Petition for Writ of Habeas Corpus (Doc. 1).

To the extent that Petitioner Arantza M. Chapa requests emergency injunctive relief within her Petition for Writ of Habeas Corpus (Doc. 1), such a request is **DENIED**.

Signed on November 5, 2026.

Fernando Rodriguez, Jr.
United States District Judge