United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARANTZA M. CHAPA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-887 |
| | § | |
| TATER ORTIZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Arantza M. Chapa filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. She contests Respondents' ability to detain her without a bond hearing.

On November 9, 2026, Petitioner informed the Court that she was released from immigration custody and moved to voluntarily dismiss her claims. (*See* Motion to Dismiss, Doc. 12) Respondents do not oppose the requested relief. (*Id.* at 2) The Court agrees that Petitioner's release renders moot her habeas petition. As a result, it is:

**ORDERED** that Petitioner Arantza M. Chapa's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on November 9, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge